Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
       blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Francisco Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Franklin Electronic Publishers Inc.<br><br>Defendant | Case No. 5:11-cv-02198-EJD<br><br>**Stipulation for Dismissal of Franklin Electronic Publishers Inc.** |

1  Relator San Francisco Technology, Inc. and Defendant Franklin Electronic Publishers Inc.,
2 pursuant to Fed. R. Civ. P. 41(a), stipulate to the dismissal of all claims asserted in this action with
3 prejudice, with each party to bear its own costs, expenses and attorneys fees.

4 Date: September 6, 2011        Mount, Spelman & Fingerman, P.C.
5                                     /s/ Benjamin R. Lemke
                                 Counsel for San Francisco Technology Inc.
6 Date: September 6, 2011        Turner Boyd LLP
7                                     /s/ Julie S. Turner
                                 Counsel for Franklin Electronic Publishers Inc.
8

9  As the attorney electronically filing this document, I attest that each above signatory has
10 concurred in this filing.

11 Date: September 6, 2011        Mount, Spelman & Fingerman, P.C.
12                                    /s/ Benjamin R. Lemke
                                 Counsel for San Francisco Technology Inc.
13

14

15

16 IT IS SO ORDERED.
17 This Order terminates all pending Motions, Deadlines and Hearings. The Clerk shall close this file.

18 Dated: September 7, 2011
19                                    United States District Judge
                                    Edward J. Davila
20

21

22

23

24

25

26

27

28

Case No. 5:11-cv-02198-EJD                                                                    Page 1
Stipulation for Dismissal of Franklin Electronic Publishers Inc.